**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **JOSE GONZALEZ NICOALU #A240-561-444** | **CASE NO. 1:26-CV-03623 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **E GARCIA ET AL** | **MAGISTRATE JUDGE GALE** |

# JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 5], no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Jose Gonzalez Nicoalu's Petition for the Writ of Habeas Corpus [Doc. No. 1] is **DENIED** and **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 13th day of November, 2026.

Terry A. Doughty
United States District Judge